# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-1601
LT Case No. 29-2000-CF-1260-A
_____

MARLON D. FLEMING,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Seminole County.
Micheal Joseph Rudisill, Judge.

Marlon D. Fleming, Raiford, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.

December 18, 2025


PER CURIAM.

    AFFIRMED.

LAMBERT, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____